**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

In re: Motility Data Breach Litigation　　　　CASE NO. 3:25-cv-330

　　　　　　　　　　　　　　　　　　　　　　DISTRICT JUDGE WALTER H. RICE

---

**DECISION AND ENTRY SUSTAINING JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION (DOC. #12); DIRECTIONS TO COUNSEL; PREVIOUSLY SET PRELIMINARY PRETRIAL CONFERENCE FOR FEBRUARY 19, 2026, CANCELLED**

---

　　For reasons stated in the Parties' Joint Motion to Stay Proceedings Pending Mediation (Doc. #12), said Motion is SUSTAINED in its entirety. A Stay of proceedings is granted until February 27, 2026, while the parties both prepare for and participate in mediation on February 6, 2026. All previously established dates, including the Preliminary Pretrial Conference by telephone scheduled February 19, 2026, at 4:45 p.m., is/are **CANCELLED**.

　　The parties will submit a joint report to the Court on or before February 27, 2026, regarding the status of any potential settlement. To the extent that the February 6, 2026, mediation does not fully resolve the case, the parties will notify the Court and request a scheduling conference.

　　**IT IS SO ORDERED.**

Date: 12-4-25

　　　　　　　　　　　　　　　　　　　　　WALTER H. RICE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE